Court of Appeals Number: 04-15-00218-CV
Trial Court number. 2014-CV-0392

DAVID GOAD §     IN THE COUNTY COURT
    Plaintiff, Appellant, §
v. §
 §     AT LAW
 §
ERIC STREY §
and §
DOES 1 through 10, Defendant's, §
    Appellee' §     GUADALUPE COUNTY, TEXAS

## PLAINTIFF'S MOTION FOR FREE APPELLATE RECORD

Plaintiff asks the trial court to order the clerk and the court reporter to prepare the appellate record at no cost to plaintiff.

### A.  Introduction

1. Plaintiff is David Goad; defendant is Eric Strey and Does 1 thru 10.

2. Plaintiff sued defendant for violation of civil rights, fraud, and conspiracy.

3. The court signed the Order of Dismissal on February 18, 2015, in favor of defendant.

### B.  Argument & Authorities

4. A party is entitled to a free appellate record if he establishes indigency under Texas Rule of Appellate Procedure 20.1 and the court finds that the appeal is not frivolous and that the appellate record is necessary to decide the issues presented.  Tex. Civ. Prac. & Rem. Code §13.003(a)(2).

5. The record will reflect that Plaintiff 1. has provided an IOLTA Certificate under TRCP 145(c), the Fourth Court of Appeals has ruled plaintiff indigent. 2. Judge Linda Jones waved the appeal bond on December 17, 2015, when plaintiff motioned to proceed *In Forma Pauperis*. 3. Judge Robin Dwyer stated in Court on February 18, 2015, that he understood

Judge Linda Jones order to mean that the plaintiff was indigent when plaintiff requested an order to proceed *In Forma Pauperis.*

6.  Plaintiff attaches his declaration of indigence to this motion and incorporates it by reference to prove he is unable to pay the costs of the appeal because of his indigence.

7.  Plaintiff seeks to appeal on the following issues:  Fraud upon the Court.

8.  This appeal is not frivolous because fraud was committed upon the court.

### C.  Appellate Record Necessary

9.  Plaintiff requests all documents filed with the trial court. This includes, but is not limited to those documents that were filed by plaintiff beginning in September of 2014. Many of these documents did not have a case number on them, because no number was issued until after a court hearing on December 17, 2014.  Without these documents, the appeal cannot be prosecuted.

10. Plaintiff will request a complete reporter's record for this appeal.  The complete reporter's record is necessary because plaintiff will show that the record reflects that fraud was brought upon the court.

### D.  Request

11.  For these reasons, Plaintiff asks the court to order the clerk and the court reporter to prepare a free appellate record.

### E. Declaration

I, David Goad, if requested to do so, could and would competently testify under oath, based upon my personal knowledge, to the matters stated herein:

I, David Goad am unable to pay the fees associated with this appeal. The facts noted in this Motion are true and correct.

I freely swear under the penalty of perjury under the laws of the United States of America that my above statements are true and made to the best of my knowledge.


April 23, 2015                                                    Respectfully submitted and attested to,


DAVID GOAD, Plaintiff *pro se*
1154 Rivertree Drive
New Braunfels, Texas 78130
830-515-205


## CERTIFICATE OF SERVICE

The undersigned certifies that on April 23, 2015, this PLAINTIFF'S MOTION FOR FREE APPELLATE RECORD was served on all parties in accordance with Texas Rules of Civil Procedure as set out herein below:


Jeremy R. Sloan, Esq.
16500 San Pedro., Suite 410
San Antonio, Texas 78232
U.S. Mail

David Goad